# EXHIBIT E



Date: August 2, 2021

To: Janice Thomas, Chief of Staff

From: Jeffrey Morris, Director, Financial Analysis & Contracts Administration

Re: Amendment 69 to Union Pacific Railroad Fixed Facility Agreement IV ("FFA")

The attached amendment obligates funding for Metra's share of the following project(s):

- EZ4230- Station Area Upgrades
- HP4982- Cary Station
- LE5480- Platform Improvements
- KS5486- Waukegan Station

This amendment causes a net increase of $2,416,757 in obligated funding, as detailed on the appendices to this amendment.

The Executive Director may sign this document in accordance with CRB Ordinance No. MET 19-03, Revised Executive Authority Regulations, under Section 2.2.6 which authorizes the Executive Director to sign agreements with railroads or government agencies for crossings, joint facilities, fixed facilities, trackage rights, and purchases of service that are necessary to accommodate the operation, repair, renovation or construction of commuter facilities or related improvements in an amount exceeding the Simple Threshold ($250,000), provided that the Board has approved expenditure of the relevant funds through the annual operating or capital budget. Please call Habib Ismail at extension 6758 with any questions or comments.

LAW DEPT. APPROVAL AS TO FORM: _[signature]_

ENGINEERING DEPT. APPROVAL: _[signature]_

PROJECT DELIVERY OFFICE APPROVAL: _[signature]_

GRANT MGMT. AND ACCOUNTING APPROVAL: _Habib Ismail 8/12/2021_



Passenger **Accounting**

August 2, 2021

Mr. James Derwinski
Executive Director
Commuter Rail Division of the Regional Transportation Authority
547 West Jackson Boulevard
Chicago, Illinois 60661

RE:   FFA IV Stations Amendment # 69

Dear Mr. Derwinski,

This amendment to the Fixed Facility Agreement ("FFA") between Union Pacific Railroad Company ("UP") and the Commuter Rail Division of the Regional Transportation Authority ("Metra") sets forth our understanding of the funding and billing for the following. Project(s). Funding for the following Project(s) is changing in accordance with the attached Appendix B, totaling a net increase of $2,416,757:

Project EZ4230 – Station Area Upgrades

Project HP4982 – Cary Station

Project LE5480 – Platform Improvements

Project KS5486 – Waukegan Station

UP agrees that in performing work, if any, for the Project(s), UP will comply, in all material respects, with all applicable Federal, State and Local requirements and guidelines. These requirements and guidelines are attached. Any and all resulting newly bid and/or awarded subcontract work this year is subject to the prevailing wages of General Decision Number: IL20210011 01/01/2021 Mod 0 and General Decision Number: IL 20210009 01/01/2021 Mod 0. Metra's obligation to pay UP's invoices shall be contingent on UP's material compliance with the attached requirements and guidelines and the FFA between UP and Metra. The flow down requirements reflected therein apply to contracts entered into solely for the Project after the date of this amendment. All procurement transactions shall be conducted in accordance with UP's government procurement practices and materials will be invoiced at UP's charge-out price at time of installation, plus additives.

All improvements paid for by Metra under this Project (the "Improvements") shall remain in service and available to be used for commuter rail operations until the end of the useful life of the Improvements. UP shall maintain the Improvements in a good operating condition (normal wear and tear excepted) during their useful life per the terms of the Purchase of Service Agreement between the parties.

UP and Metra acknowledge and agree that (i) the parties intend on negotiating a replacement of the FFA (the "New Agreement") and (ii) the New Agreement shall, from and after the execution thereof, apply to the Project retroactively.

[Signature to Follow on Next Page]

[Signature Page for AMENDMENT 69 - FIXED FACILITY AGREEMENT IV]

If the foregoing is acceptable to you, please so signify by signing this amendment and returning a copy to my attention.

Very Truly Yours,

UNION PACIFIC RAILROAD COMPANY

By: *Liisa Stark*
    Name:    Liisa Stark
    Title:    Assistant Vice President, Public Affairs - Central Region

Agreed to this 16 day of August 2021,

THE COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY AND THE NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION

By: _____
    Name:    James M Derwinski
    Title:    CEO/Executive Director

DATE: 2021-05-17

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

DESCRIPTION OF WORK:

Replacing the entire Barrington Platform, installing conduit for signal wires, installing 9 pole boxes on the north platform, installing fence along back of south platform, and keeping the station ADA for all Phases.

BILLABLE METRA PERCENTAGE: 100%
PROJECT MANAGER: C. ANDERSON

PID:            WO:               MP, SUBDIV:        MP 31.5 HARVARD SUBDIVISION
SERVICE UNIT: 23   CITY: BARRINGTON     STATE: IL
METRA PROJECT NO.5480

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING |  |  | 0 | 0 | 0 | 0 | 0 |
| FLAGGING | 144 | MAN DAYS | 55,700 | 0 | 55,700 | 0 | 55,700 |
| LABOR ADDITIVE |  |  | 115,299 | 0 | 115,299 | 0 | 115,299 |
| PERSONAL EXPENSES |  |  | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** |  |  | 170,999 | 0 | 170,999 | 0 | 170,999 |
| **SIGNAL WORK** |  |  |  |  |  |  |  |
| SIGNAL |  |  | 24,380 | 14,085 | 38,465 | 0 | 38,465 |
| PILOT CONDUCTOR |  |  | 0 | 0 | 0 | 0 | 0 |
| SALES TAX |  |  | 0 | 916 | 916 | 0 | 916 |
| LABOR ADDITIVE |  |  | 40,958 | 0 | 40,958 | 0 | 40,958 |
| **TOTAL SIGNAL** |  |  | 65,338 | 15,001 | 80,339 | 0 | 80,339 |
| **STRUCTURES WORK** |  |  |  |  |  |  |  |
| B&B WORK |  |  | 286,200 | 105,000 | 391,200 | 0 | 391,200 |
| SALES TAX |  |  | 0 | 6,825 | 6,825 | 0 | 6,825 |
| INVOICING |  |  |  | 700 |  |  |  |
| LABOR ADDITIVE |  |  | 592,434 | 0 | 592,434 | 0 | 592,434 |
| **TOTAL TRACK** |  |  | 878,634 | 112,525 | 990,459 | 0 | 990,459 |

|  | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|
| CONST/PURCHASE EXPENSE | 1,114,971 | 127,526 |  |  |  |
| RECOLLECTIBLE/UPRR EXPENSE |  |  | 1,241,797 | 0 |  |
| ESTIMATED PROJECT COST |  |  |  |  | 1,241,797 |
| METRA PORTION | 1,114,971 | 126,826 |  |  |  |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

*Kenneth M. Schultz*
Metra project manager 7-13-2021

DATE: 2021-05-16

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

DESCRIPTION OF WORK:

Replacing the entire Jefferson Park Platform, re-centering the south shelter, moving the pedwalk twice, installing conduit for signal wires, installing 7 pole boxes on the north platform, keeping the station ADA for 3 of the 4 Phases.

BILLABLE METRA PERCENTAGE: 100%
PROJECT MANAGER: C. Anderson

PID:  WO:  MP, SUBDIV: MP 8.7 HARVARD SUBDIVISION
SERVICE UNIT: 23   CITY: CHICAGO   STATE: IL
METRA PROJECT NO. 5480

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING |  |  | 0 | 0 | 0 | 0 | 0 |
| FLAGGING | 144 | MAN DAYS | 55,700 | 0 | 55,700 | 0 | 55,700 |
| LABOR ADDITIVE |  |  | 115,299 | 0 | 115,299 | 0 | 115,299 |
| PERSONAL EXPENSES |  |  | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** |  |  | 170,999 | 0 | 170,999 | 0 | 170,999 |
| **SIGNAL WORK** |  |  |  |  |  |  |  |
| SIGNAL |  |  | 64,000 | 18,000 | 82,000 | 0 | 82,000 |
| PILOT CONDUCTOR |  |  | 0 | 0 | 0 | 0 | 0 |
| SALES TAX |  |  | 0 | 1,170 | 1,170 | 0 | 1,170 |
| LABOR ADDITIVE |  |  | 107,520 | 0 | 107,520 | 0 | 107,520 |
| **TOTAL SIGNAL** |  |  | 171,520 | 19,170 | 190,690 | 0 | 190,690 |
| **STRUCTURES WORK** |  |  |  |  |  |  |  |
| B&B WORK |  |  | 251,400 | 102,000 | 353,400 | 0 | 353,400 |
| SALES TAX |  |  | 0 | 6,630 | 6,630 | 0 | 6,630 |
| INVOICING |  |  |  | 700 |  |  |  |
| LABOR ADDITIVE |  |  | 520,398 | 0 | 520,398 | 0 | 520,398 |
| **TOTAL TRACK** |  |  | 771,798 | 109,330 | 880,428 | 0 | 880,428 |
| CONST/PURCHASE EXPENSE |  |  | 1,114,317 | 128,500 |  |  |  |
| RECOLLECTIBLE/UPRR EXPENSE |  |  |  |  | 1,242,117 | 0 |  |
| ESTIMATED PROJECT COST |  |  |  |  |  |  | 1,242,117 |
| METRA PORTION |  |  | **1,114,317** | **127,800** |  |  |  |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

*Kenneth M. Schultz*
Metra project manager 7-13-2021

DATE: 2020-08-19

# ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

DESCRIPTION OF WORK:
WAUKEGAN STATION WORK, INCLUDES BATHROOM AND LOCKER ROOM MODIFICATIONS AND UPGRADES.

BILLABLE METRA PERCENTAGE:     100%
PROJECT MANAGER: C. ANDERSON

PID:            WO:              MP, SUBDIV: MP 36.47 KENOSHA SUBDIVISION
SERVICE UNIT: 23    CITY: WAUKEGAN        STATE: IL
METRA PROJECT NO. 5486

DESCRIPTION:

| STRUCTURES WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| B&B DEPOT WORK |  |  | 42,000 | 0 | 42,000 | 0 | 42,000 |
| SALES TAX |  |  | 0 | 0 | 0 | 0 | 0 |
| LABOR ADDITIVE |  |  | 86,974 | 0 | 86,974 | 0 | 86,974 |
| **TOTAL STRUCTURES** |  |  | 128,974 | 0 | 128,974 | 0 | 128,974 |
| CONST/PURCHASE EXPENSE |  |  | 128,974 | 0 |  |  |  |
| RECOLLECTIBLE/UPRR EXPENSE |  |  |  |  | 128,974 | 0 |  |
| ESTIMATED PROJECT COST |  |  |  |  |  |  | 128,974 |
| **METRA PORTION** |  |  |  |  | 128,974 |  |  |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF
AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR
WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

APPENDIX "B" - FIXED FACILITY AGREEMENT IV - CRW/CRD - K2005

| GRANT NUMBER: | IL-90-X644 | PROJECT ELEMENT NO: | EZ4230 | RAILROAD: | UP |
|---|---|---|---|---|---|

PROJECT DESCRIPTION: Station Area Upgrades

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| EZ4230-52403004 | | | |
|   Contract Purchases | $ 80,517.00 | $ (80,517.00) | $ - |
| EZ4230-52403006 | | | $ - |
|   Contract Construction | $ 767,700.00 | $ (67,871.00) | $ 699,829.00 |
| | | | |
| TOTAL PROJECT: | $ 848,217.00 | $ (148,388.00) | $ 699,829.00 |

Note: River Forest Station North Platform. Project is complete.

APPENDIX "B" - FIXED FACILITY AGREEMENT IV - CRW/CRD - K2005

| GRANT NUMBER: | IL-90-X743 | PROJECT ELEMENT NO: | HP4982 | RAILROAD: | UP |
|---|---|---|---|---|---|

PROJECT DESCRIPTION: CARY STATION

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| HP4982-53402006 | | | |
| Contract Construction | $ 445,257.00 | $ (300) | $ 444,957 |
| HP4982-53402004 | | | |
| Contract Purchases | $ 91,863.00 | $ (47,443) | $ 44,420 |
| | $ 537,120.00 | $ (47,743) | $ 489,377 |

Note: Project is complete.

APPENDIX "B" - FIXED FACILITY AGREEMENT IV - CRW/CRD - K2005

| GRANT NUMBER: | CRD-2020C-LILP<br>IL-2020-050-01 | PROJECT ELEMENT NO: | R1LE5480<br>F1KR5480 | RAILROAD: | UP |
|---|---|---|---|---|---|

PROJECT DESCRIPTION: Platform Improvements

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| R1LE5480-12.34.02-004 |  |  |  |
|   Contract Purchases | $ - | $ 126,826 | $ 126,826 |
| R1LE5480-12.34.02-006 |  |  |  |
|   Contract Construction | $ - | $ 1,114,971 | $ 1,114,971 |
| F1KR5480-12.34.02-004 |  |  |  |
|   Contract Purchases | $ - | $ 127,800 | $ 127,800 |
| F1KR5480-12.34.02-006 |  |  |  |
|   Contract Construction | $ - | $ 1,114,317 | $ 1,114,317 |
|  |  | $ - |  |
|  | $ - | $ 2,483,914 | $ 2,483,914 |

Note: Replacing Barrington Station platforms total cost $1,241,797.
     Replacing Jefferson Park Station platforms total cost $1,242,117.

APPENDIX "B" - FIXED FACILITY AGREEMENT IV - CRW/CRD - K2005

GRANT NUMBER: IL-2020-050-02  PROJECT ELEMENT NO: F1KS5486  RAILROAD: UP

PROJECT DESCRIPTION: Waukegan Station

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| F1KS5486-12.34.02-004 Contract Purchases | $ 31,950.00 | $ - | $ 31,950 |
| F1KS5486-12.34.02-006 Contract Construction | $ 50,975.00 | $ 128,974 | $ 179,949 |
| | $ 82,925.00 | $ 128,974 | $ 211,899 |

Note: Expenses for bathroom and locker room modifications and upgrades.