# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Commuter Rail Division of the Regional
Transportation Authority

                              Plaintiff,

v.                                        Case No.:
                                           1:25−cv−02439

                                           Honorable John J. Tharp Jr.

Union Pacific Railroad Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2025:

     MINUTE entry before the Honorable John J. Tharp, Jr:The motions for leave to appear pro hac vice filed by attorneys Paul Hughes [4], Mary Schnoor [6], and Emmett Witkovsky−Eldred [7] are granted. Hughes, Schnoor, and Witkovsky−Eldred are directed to file appearances on behalf of the plaintiff. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.