**mwe.com**

Emmett Witkovsky-Eldred
Associate
ewitkovsky-eldred@mwe.com
+1 202 756 8349

March 14, 2025

Thomas G. Burton
Clerk of Court
United States District Court for the Northern District of Illinois

Re: Refund Request: Pro Hac Vice Filing Fee Double Charge – Case Number 25-cv-2439

Dear Mr. Burton:

    I write to request a refund of $150 for a double charge incurred in the submission of a pro hac vice motion in Case Number 25-cv-2439.

    On March 10, 2025, I filed a motion to appear pro hac vice. Due to discovering an error in my e-filing registration, I terminated my first attempt to file the motion before filing the motion, but after being charged. After the correction to my e-filing registration processed, I successfully filed the pro hac vice motion, and I was charged the filing fee a second time.

    The Tracking ID for the erroneous charge is AILNDC-23183733. The approval code is 01038P. The payment occurred on March 10, 2025 at 8:44:25 ET.

    The Tracking ID for the correct charge is AILNDC-23184651. The approval code is 01011P. The payment occurred on March 10, 2025 at 10:24:15 ET.

    Thank you for your attention to this matter.

Sincerely,

/s/ *Emmett Witkovsky-Eldred*

Emmett Witkovsky-Eldred



500 North Capitol Street, N.W.   Washington D.C.   20001-1531   Tel +1 202 756 8000   Fax +1 202 756 8087

*US practice conducted through McDermott Will & Emery LLP.*