# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Commuter Rail Division of the Regional Transportation Authority

           Plaintiff,

v.

           Case No.: 1:25−cv−02439

           Honorable John J. Tharp Jr.

Union Pacific Railroad Company

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2025:

    MINUTE entry before the Honorable John J. Tharp, Jr:The motions for leave to appear pro hac vice filed by attorneys Tobias Loss−Eaton [18] and Courtney Maduike [19] are granted. Loss−Eaton and Maduike are directed to file appearances on behalf of the defendant. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.