# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Commuter Rail Division of Regional Transportation Authority d/b/a Metra v.

Case Number: 1:25-cv-2439

An appearance is hereby filed by the undersigned as attorney for:

Union Pacific Railroad Company

Attorney name (type or print): Tobias S. Loss-Eaton

Firm: Sidley Austin LLP

Street address: 1501 K St. N.W. Suite 600

City/State/Zip: Washington, DC 20005

Bar ID Number: 1019749
(See item 3 in instructions)

Telephone Number: 202 736 8427

Email Address: tlosseaton@sidley.com

Are you acting as lead counsel in this case? ☐ Yes ✔ No

Are you a member of the court's general bar? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

Are you appearing *pro hac vice*? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✔ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 31, 2025

Attorney signature: S/ Tobias S. Loss-Eaton
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023