IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUTER RAIL DIVISION OF REGIONAL TRANSPORTATION AUTHORITY, d/b/a METRA,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY<br><br>Defendant. | No. 1:25-cv-02439 |

## UNION PACIFIC RAILROAD COMPANY NOTIFICATION OF AFFILIATES

Under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Union Pacific Railroad Company states that it is wholly owned by Union Pacific Corporation, a publicly traded corporation. No entity is known to own 10% or more of the stock of Union Pacific Corporation. Union Pacific Corporation is publicly traded on the New York Stock Exchange under the symbol "UNP."

March 31, 2025

/s/ *Bruce R. Braun*
Bruce R. Braun
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7050
bbraun@sidley.com

Raymond A. Atkins (*pro hac vice forthcoming*)
Tobias S. Loss-Eaton (*pro hac vice*)
Ogemdi Maduike (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW, Suite 600
Washington, DC 20005

*Attorneys for Defendant*
*Union Pacific Railroad Company*