## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| Commuter Rail Division of the Regional Transportation Authority | |
| | Plaintiff, |
| v. | Case No.: 1:25−cv−02439 |
| | Honorable John J. Tharp Jr. |
| Union Pacific Railroad Company | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

MINUTE entry before the Honorable John J. Tharp, Jr:The motion for leave to appear pro hac vice filed by attorney Raymond Atkins [25] is granted. Counsel is directed to file an appearance on behalf of the defendant. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.