## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Commuter Rail Division of the Regional
Transportation Authority

                                      Plaintiff,

v.                                            Case No.:
                                              1:25−cv−02439

                                              Honorable John J. Tharp Jr.

Union Pacific Railroad Company

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff Metra is directed to file a notice of affiliates pursuant to Local Rule 3.2(c). Defendant Union Pacific is directed to submit an amended notification of affiliates in compliance with Local Rule 3.2(a), which defines "affiliate" as "any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party." Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.