**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Commuter Rail Division of Regional Transportation Authority d/b/a/ Metra v.

Case Number: 1:25-cv-2439

An appearance is hereby filed by the undersigned as attorney for:

Union Pacific Railroad Company

Attorney name (type or print): Raymond A. Atkins

Firm: Sidley Austin LLP

Street address: 1501 K St. N.W. Suite 600

City/State/Zip: Washington, DC 20005

Bar ID Number: 461476
(See item 3 in instructions)

Telephone Number: 202 736 8889

Email Address: ratkins@sidley.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you a member of the court's general bar? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| Are you appearing *pro hac vice*? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 7, 2025

Attorney signature: S/ Raymond A. Atkins
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023