# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra, | |
| Plaintiff, | C.A. No. 25-cv-02439 |
| v. | |
| Union Pacific Railroad Company, | |
| Defendant. | |

## METRA NOTICE OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra, an Illinois municipal corporation, states that it is established under the Regional Transportation Authority Act, under 70 ILCS 3615/3B.01, and there is no individual or entity that owns, directly or indirectly, 5% or more of it.

Dated: April 8, 2025

/s/ *Matthew Madden*
Matthew Madden
Stephen Wu
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mwe.com

Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com