**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY, <br><br> *Plaintiff,* <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> *Defendant.* | No. 1:25-cv-2439 <br> Hon. John J. Tharp, Jr. |

**UNION PACIFIC RAILROAD COMPANY'S CONSENT**
**MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES**

Defendant Union Pacific Railroad Company hereby requests leave to file a 25-page brief in support of its forthcoming motion to dismiss the complaint in this case.

1. On March 7, 2025, Plaintiff, the Commuter Rail Division of the Regional Transportation Authority, or Metra, filed its 63-page, 340-paragraph complaint.

2. Metra's complaint asserts several contractual theories based on lengthy contracts spanning decades, plus a novel antitrust theory. Metra seeks several forms of declaratory relief.

3. Union Pacific's responsive pleading is due by May 9.

4. Union Pacific intends to move to dismiss Metra's complaint.

5. Under Local Rule 7.1, a brief supporting a motion cannot exceed 15 pages without leave of Court.

6. Given the volume and complexity of Metra's allegations and legal theories, Union Pacific requires more than 15 pages to adequately address Metra's claims and the reasons to

dismiss them. Union Pacific submits that a 25-page brief will best assist the Court in resolving the motion to dismiss.

7. Metra's counsel has consented to Union Pacific's request to file a brief up to 25 pages long. In exchange, Union Pacific will consent to Metra filing a response brief with the same page limit.

8. Accordingly, Union Pacific respectfully requests leave to file a 25-page brief in support of its motion to dismiss.

April 28, 2025

/s/ *Bruce R. Braun*
Bruce R. Braun
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, Illinois 60603
bbraun@sidley.com

Raymond A. Atkins (*pro hac vice*)
Tobias S. Loss-Eaton (*pro hac vice*)
Ogemdi Maduike (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
ratkins@sidley.com
tlosseaton@sidley.com
oge.maduike@sidley.com

*Attorneys for Defendant*
*Union Pacific Railroad Company*