# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| Commuter Rail Division of the Regional Transportation Authority | |
| Plaintiff, | |
| v. | Case No.: 1:25−cv−02439 |
| | Honorable John J. Tharp Jr. |
| Union Pacific Railroad Company | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2025:

MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's consent motion for leave to file excess pages [31] is granted. The defendant's brief in support of its motion to dismiss may be up to 25 pages. The plaintiff's response may also be up to 25 pages. Unless otherwise ordered, the defendant's reply may not exceed 15 pages. The Court will set a briefing schedule when it receives the defendant's motion to dismiss. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.