## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra,<br><br>        Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Company,<br><br>        Defendant. | C.A. No. 25-cv-02439 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

Pursuant to this Court's standing order concerning motion practice, Plaintiff Commuter Rail Division of the Regional Transportation Authority ("Metra") respectfully moves this Court for a seven-day extension of time within which to file its response to Defendant Union Pacific Railroad Company's motion to dismiss, to and including June 6, 2025, with a concomitant extension of the due date of Union Pacific's reply brief to and including June 20, 2025.

**1.** Union Pacific moved to dismiss Metra's complaint on May 8, 2025. *See* Dkt. 33. On May 13, 2025, this Court entered a scheduling order setting Metra's response to be due on May 30, 2025, with Union Pacific's reply due on June 13, 2025. *See* Dkt. 34.

**2.** There is good cause to extend Metra's time to file a response by one week, which will enable undersigned counsel to prepare a response brief that is maximally useful to the Court in its consideration of Union Pacific's motion.

1

**3.** Undersigned counsel has an oral argument on summary judgment in

*Vanda Pharmaceuticals Inc. v. FDA*, Nos. 24-cv-351-ACR, 25-cv-536-ACR, which

was recently rescheduled at the court's request from May 22, 2025 to May 29, 2025.

**4.** Additionally, undersigned counsel has principal responsibility for, among

other things, the following commitments with deadlines proximate to May 30, 2025:

- A brief in opposition to cross-motion for summary judgment in *Premier, Inc. v. Health Resources & Serv. Admin.*, No. 24-cv-3116 (D.D.C.), due May 30, 2025;

- An opening brief in *Taiho Pharmaceutical Co., Ltd. v. MSN Laboratories Private Ltd.,* No. 25-1407 (Fed. Cir.), due June 3, 2025.

**5.** Union Pacific consents to the requested extension. This is Metra's first

request for an extension of time to file a response to the motion to dismiss.

## CONCLUSION

For the foregoing reasons, the Court should extend the time for Metra to file

its response brief to June 6, 2025 and extend the time for Union Pacific to file its reply

brief to June 20, 2025.

Dated:        May 19, 2025                    /s/ *Paul W. Hughes*

Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com

Matthew Madden
Stephen Wu
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mwe.com