# EXHIBIT C



| | |
|---|---|
| Date: | March 17, 2022 |
| To: | Janice Thomas, Deputy Executive Director, External Affairs |
| From: | Jeffrey Morris, Director, Financial Analysis & Contracts Administration |
| Re: | Amendment 140 to Union Pacific Railroad Fixed Facility Agreement III ("FFA") |

The attached amendment obligates funding for Metra's share of the following project(s):

- HV2112- North Line Bridges
- HE4343- Positive Train Control
- GB4648- Right of Way Fencing
- LQ5529- Rail Replacement
- LQ5535- Crossings (Road & Track)

This amendment causes a net increase of $2,308,533 in obligated funding, as detailed on the appendices to this amendment.

The Executive Director may sign this document in accordance with CRB Ordinance No. MET 19-03, Revised Executive Authority Regulations, under Section 2.2.6 which authorizes the Executive Director to sign agreements with railroads or government agencies for crossings, joint facilities, fixed facilities, trackage rights, and purchases of service that are necessary to accommodate the operation, repair, renovation or construction of commuter facilities or related improvements in an amount exceeding the Simple Threshold ($250,000), provided that the Board has approved expenditure of the relevant funds through the annual operating or capital budget. Please call Habib Ismail at extension 6758 with any questions or comments.

LAW DEPT. APPROVAL AS TO FORM: _____

ENGINEERING DEPT. APPROVAL: _____

PROJECT DELIVERY OFFICE APPROVAL: _____

GRANT MGMT. AND ACCOUNTING APPROVAL: _Habib Ismail 3/25/2022_

Billing & Accounting

March 14, 2022

Mr. James Derwinski
Executive Director
Commuter Rail Division of the Regional Transportation Authority
547 West Jackson Boulevard
Chicago, Illinois 60661

RE: Fixed Facility Agreement III Track – Amendment #140

Dear Mr. Derwinski:

This amendment to the Fixed Facility Agreement ("FFA") between Union Pacific Railroad Company ("UP") and the Commuter Rail Division of the Regional Transportation Authority ("Metra") sets forth our understanding of the funding and billing for the following Project(s). Funding for the following Project(s) is changing in accordance with the attached Appendix B, totaling a net $ 2,308,533:

       Project HV2112 – North Line Bridges

       Project HE4343 – Positive Train Control

       Project GB4648 - Right of Way Fencing

       Project LQ5529 - Rail Replacement

       Project LQ5535 - Crossings (Road & Track)

     UP agrees that in performing work, if any, for the Project(s), UP will comply, in all material respects, with all applicable Federal, State and Local requirements and guidelines. These requirements and guidelines are attached. Any and all resulting newly bid and/or awarded subcontract work this year is subject to the prevailing wages of General Decision Number: IL20220009 01/14/2022 and General Decision Number:IL20220011 01/07/2022. Metra's obligation to pay UP's invoices shall be contingent on UP's material compliance with the attached requirements and guidelines and the FFA between UP and Metra. The flow down requirements reflected therein apply to contracts entered into solely for the Project after the date of this amendment. All procurement transactions shall be conducted in accordance with UP's government procurement practices and materials will be invoiced at UP's charge-out price at time of installation, plus additives.

     All improvements paid for by Metra under this Project (the "Improvements") shall remain in service and available to be used for commuter rail operations until the end of the useful life of the Improvements. UP shall maintain the Improvements in a good operating condition (normal wear and tear excepted) during their useful life per the terms of the Purchase of Service Agreement between the parties.

     UP and Metra acknowledge and agree that (i) the parties intend on negotiating a replacement of the FFA (the "New Agreement") and (ii) the New Agreement shall, from and after the execution thereof, apply to the Project retroactively.

[Signature to Follow on Next Page]

[Signature Page for AMENDMENT 140 - FIXED FACILITY AGREEMENT III]

If the foregoing is acceptable to you, please sign this amendment and return a fully executed copy to the Contracts Department at Metra.

Very Truly Yours,

UNION PACIFIC RAILROAD COMPANY

By: *Liisa Stark*

Name: Liisa Stark
Title: Assistant Vice President, Public Affairs - Central Region

Agreed to this 29 day of March, 2022,

THE COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY AND THE NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION

By: *Jim Derwinski by JPM*
Name: James Derwinski
Title: Executive Director

APPENDIX "B" - FIXED FACILITY AGREEMENT III - UP/CRD

| GRANT NUMBER: | MET-104 | PROJECT ELEMENT NO: | M22112/ | RAILROAD: | UP |
|---|---|---|---|---|---|
| | IL-03-0162/CAP-92-411-FED | | N92112/ | | |
| | CRD-112 | | P52112/ | | |
| | IL-90-X374/MET-040 | | AB2112/ | | |
| | CRD-122 | | AZ2112/ | | |
| | IL-05-0061/MET-071 | | EN2112 | | |
| | IL-03-0231/CAP-03-865-FED/CRD-2013 | | BX2112 | | |
| | IL-54-0002 | | GW2112 | | |
| | CRD-2015-LR5 | | HV2112 | | |
| | CRD-2017-LR7 | | JU2112 | | |

PROJECT DESCRIPTION: Bridge Renewal-North Line

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| M22112-56401005 | | | |
|   Contract Engineering | $ 67,690 | $ - | $ 67,690 |
| N92112-52405004 | | | $ - |
|   Contract Purchases | $ 81,472 | $ - | $ 81,472 |
| N92112-52405006 | | | $ - |
|   Contract Construction | $ 636,957 | $ - | $ 636,957 |
| P52112-52105005 | | | $ - |
|   Contract Engineering | $ 165,730 | $ - | $ 165,730 |
| AB2112-52105005 | | | $ - |
|   Contract Engineering | $ 192,345 | $ - | $ 192,345 |
| AB2112-52405004 | | | $ - |
|   Contract Purchases | $ 476,299 | $ - | $ 476,299 |
| AB2112-52405006 | | | $ - |
|   Contract Construction | $ 820,033 | $ - | $ 820,033 |
| BX2112-57102005 | | | $ - |
|   Contract Engineering | $ 72,233 | $ - | $ 72,233 |
| AZ2112-57103003 | | | $ - |
|   Contract Engineering | $ 49,863 | $ - | $ 49,863 |
| AZ2112-52405004 | | | $ - |
|   Contract Purchases | $ 2,731,514 | $ - | $ 2,731,514 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AZ2112-52405006 | | | | | $ | - |
|   Contract Construction | $ | 4,626,573 | $ | - | $ | 4,626,573 |
| EN2112-52405004 | | | | | $ | - |
|   Contract Purchases | $ | 2,508,216 | $ | - | $ | 2,508,216 |
| EN2112-52405006 | | | | | $ | - |
|   Contract Construction | $ | 6,078,622 | $ | - | $ | 6,078,622 |
| EP2112-52405006 | | | | | | |
|   Contract Construction | $ | - | $ | - | $ | - |
| GW2112-52405006 | | | | | | |
|   Contract Construction | $ | 6,171,120 | $ | - | $ | 6,171,120 |
| GW2112-57102005 | | | | | | |
|   Contract Engineering | $ | - | $ | - | $ | - |
| HV2112-52405006 | | | | | | |
|   Contract Construction | $ | 1,000,000 | $ | 833,812 | $ | 1,833,812 |
| HV2112-52405004 | | | | | | |
|   Contract Purchases | $ | - | $ | 85,663 | $ | 85,663 |
| JU2112-52405006 | | | | | | |
|   Contract Construction | $ | 2,567,892 | $ | - | $ | 2,567,892 |
| JU2112-52405004 | | | | | | |
|   Contract Purchases | $ | 869,890 | $ | - | $ | 869,890 |
| **TOTAL PROJECT** | $ | 29,116,449 | $ | 919,475 | $ | 30,035,924 |

NOTE: Obligations for track work and flagging for North Line Bridges MP 4.8 - MP 7.3 on Kenosha Subdivision.

DATE: 2022-02-22

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

DESCRIPTION OF WORK:

NORTHLINE BRIDGE PROJECT FLAGGING AND CONSTRUCTION WORK FOR PHASE II OF THE PROJECT - THE ORIGINAL ESTIMATE WAS MADE FOR 5 FLAGGERS FOR ONE YEAR AND 3 FLAGGERS FOR 6 MONTHS ON EITHER END OF THAT. WE HAD EXTENDED PERIODS OF TIME THAT WE USED 6-7 FLAGGERS. THE PHASING OF THE DESIGN PLANS AND THE WAY THE CONTRACT WAS BID EXTENDED THE CONTRACT OVER A YEAR. THIS ESTIMATE IS FOR THE FLAGGING FOR THAT ADDITIONAL YEAR (+), AND THE TRACKWORK THAT WAS UNDERESTIMATED IN THE ORIGINAL ESTIMATE. THESE ARE THE ADJUSTMENTS THAT WERE NEEDED FROM OUR TRACK DEPARTMENT, ALL IN LABOR TO MEET THE DEADLINE. SMALL PORTIONS OF THE OVERAGE FOR TRACK WERE FOR UNFORSEEN WORK DONE WHEN CONTRACTOR AFFECTED THE TRACKBED, MOVING RAIL FOR THE CONTRACTOR, INSTALLING CROSSINGS, AND RELOCATING MATERIALS/BALLAST.

BILLABLE METRA PERCENTAGE: 100%
PROJECT MANAGER: B. BAILEY

PID:  
SERVICE UNIT: 23  
METRA PROJECT NO. 2112  
WO: 33669, 45716  
CITY: CHICAGO  
MP, SUBDIV:  
STATE: IL  
MP 4.8 - MP 7.3, KENOSHA SUBDIVISION

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING | | | 0 | 0 | 0 | 0 | 0 |
| FLAGGING | 936 | MAN DAYS | 228,000 | 0 | 228,000 | 0 | 228,000 |
| LABOR ADDITIVE | | | 471,960 | 0 | 471,960 | 0 | 471,960 |
| PERSONAL EXPENSES | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** | | | 699,960 | 0 | 699,960 | 0 | 699,960 |
| **TRACK & SURFACE WORK** | | | | | | | |
| TRACK LABOR | | | 43,600 | 0 | 43,600 | 0 | 43,600 |
| OTM | | | - | 0 | 0 | 0 | 0 |
| XTIES | | | - | 0 | 0 | 0 | 0 |
| ENVIRONMENTAL PERMITS | | | - | 0 | 0 | 0 | 0 |
| RAIL | | | - | 77,000 | 77,000 | 0 | 77,000 |
| BALLAST | | | - | 0 | 0 | 0 | 0 |
| HOLLAND WELDER | | | - | 0 | 0 | 0 | 0 |
| ROAD CLOSURES | | | - | 0 | 0 | 0 | 0 |
| WORK TRAIN | | | - | 0 | 0 | 0 | 0 |
| ASPHALT | | | - | 0 | 0 | 0 | 0 |
| FENCE | | | - | 0 | 0 | 0 | 0 |
| CONTRACTS | | | - | 0 | 0 | 0 | 0 |
| DUMPSTERS & TOILETS | | | - | 0 | 0 | 0 | 0 |
| MATERIAL STORE EXPENSE | | | - | 4,813 | 4,813 | 0 | 4,813 |
| SALES TAX | | | - | 3,850 | 3,850 | 0 | 3,850 |
| INVOICE ADDITIVES | | | - | 0 | 0 | 0 | 0 |
| PERSONAL EXPENSES | | | - | 0 | 0 | 0 | 0 |
| WT/CS ADDITIVE | | | - | 0 | 0 | 0 | 0 |
| LABOR ADDITIVE | | | - | 0 | 0 | 0 | 0 |
| LABOR ADDITIVE | | | 90,252 | 0 | 90,252 | 0 | 90,252 |
| **TOTAL TRACK** | | | 133,852 | 85,663 | 219,515 | 0 | 219,515 |
| **CONST/PURCHASE EXPENSE** | | | **833,812** | **85,663** | **919,475** | **0** | **919,475** |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

Approved [signature] 3/3/22

## APPENDIX "B" - FIXED FACILITY AGREEMENT III - UP/CRD

| GRANT NUMBER: | IL-05-0064 | PROJECT ELEMENT NO: | FR4343 | RAILROAD: | UP |
|---|---|---|---|---|---|
| | IL-05-0066/CRD-2012-3RES | | GA4343 | | |
| | IL-05-0066/MET-075 | | GA4343 | | |
| | IL-90-X726 | | HE4343 | | |
| | IL-54-0006 | | HN4343 | | |
| | CRD-2015-LR5 | | HV4343 | | |

PROJECT DESCRIPTION: Positive Train Control

| CRD PORTION (Various) | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---:|---:|---:|
| FR4343-56401006 | | | |
|   Contract Construction | $ 4,147,525 | $ - | $ 4,147,525 |
| GA4343-56401006 | | | $ - |
|   Contract Construction | $ 1,589,176 | $ - | $ 1,589,176 |
| GA4343-56401004 | | | $ - |
|   Contract Purchases | $ 3,161,719 | $ - | $ 3,161,719 |
| HE4343-56401004 | | | $ - |
|   Contract Purchases | $ 4,710,354 | $ 23,508 | $ 4,733,862 |
| HE4343-56401006 | | | $ - |
|   Contract Construction | $ 15,693,442 | $ 75,497 | $ 15,768,939 |
| HN4343-56401006 | | | $ - |
|   Contract Construction | $ - | $ - | $ - |
| HN4343-56401004 | | | $ - |
|   Contract Purchases | $ - | $ - | $ - |
| HV4343-56401006 | | | |
|   Contract Construction | $ 226,385 | $ - | $ 226,385 |
| HV4343-56401004 | | | |
|   Contract Purchases | $ 77,791 | $ - | $ 77,791 |
| | $ - | $ - | $ - |
| TOTAL PROJECT: | $ 29,606,392 | $ 99,005 | $ 29,705,397 |

NOTE: PTC SWITCH PROTECTION MP 32.98 - MP 52.08

DATE: 2022-02-10

**ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
BY THE
UNION PACIFIC RAILROAD**

DESCRIPTION OF WORK:
PTC SWITCH PROTECTION MP 32.98 - MP 52.08.

BILLABLE METRA TRACK PERCENTAGE:   22.08%
BILLABLE METRA SIGNAL PERCENTAGE:   87.80%
PROJECT MANAGER: C. ANDERSON

PID:   115963   WO:   55132   MP, SUBDIV:   MP 32.98 - MP 52.08, KENOSHA SUB
SERVICE UNIT: 23   CITY: VARIES   STATE: IL   SEGMENT   8904
**METRA PROJECT NO.  4343**

DESCRIPTION:

|  | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| **SIGNAL WORK** | | | | | | | |
| SIGNAL | | | 32,000 | 24,000 | 49,168 | 6,832 | 56,000 |
| SIGNAL TESTING | | | 0 | | 0 | 0 | 0 |
| MATERIAL TRANSPORT | | | 0 | | 0 | 0 | 0 |
| COMMUNICATIONS | | | 0 | | 0 | 0 | 0 |
| COMMERCIAL POWER | | | 0 | | 0 | 0 | 0 |
| BORING | | | 0 | | 0 | 0 | 0 |
| MSE ADDITIVE | | | 0 | 1,200 | 1,054 | 146 | 1,200 |
| PILOT CONDUCTOR | | | 0 | 0 | 0 | 0 | 0 |
| SALES TAX | | | 0 | 1,575 | 1,383 | 192 | 1,575 |
| LABOR ADDITIVE | | | 53,987 | 0 | 47,401 | 6,586 | 53,987 |
| **TOTAL SIGNAL** | | | 85,987 | 26,775 | 99,005 | 13,757 | 112,762 |
| CONST/PURCHASE EXPENSE | | | 85,987 | 26,775 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | 99,005 | 13,757 | |
| ESTIMATED PROJECT COST | | | | | | | 112,762 |
| **METRA PORTION** | | | 75,497 | 23,508 | 99,005 | | |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION.  IN THE EVENT OF
AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR
WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

APPENDIX "B" - FIXED FACILITY AGREEMENT III - UP/CRD

| GRANT NUMBER: | IL-90-X698<br>IL-54-0002 | PROJECT ELEMENT NO: | GB4648<br>GW4648 | RAILROAD: | UP |
|---|---|---|---|---|---|

PROJECT DESCRIPTION: Right of Way Fencing

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY | |
|---|---|---|---|---|
| GB4648-52403004 | | | | |
|   Contract Purchases | $ 87,467.00 | $ 90,033.00 | $ 177,500.00 | |
| GB4648-52403006 | | | $ - | |
|   Contract Construction | $ 8,663.00 | $ 51,931.00 | $ 60,594.00 | |
| GW4648-52403004 | | | $ - | |
|   Contract Purchases | $ 205,243.00 | $ - | $ 205,243.00 | 189843 |
| GW4648-52403006 | | | $ - | |
|   Contract Construction | $ 34,579.00 | $ - | $ 34,579.00 | |
| | | | | |
| TOTAL PROJECT: | $ 335,952.00 | $ 141,964.00 | $ 477,916.00 | |

Note: INSTALLATION OF FENCE AT ROUTE 47 GENEVA SUB MP 45 CRD 100% SHARE

DATE: 2021-12-21

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

**DESCRIPTION OF WORK:**

INSTALLATION OF FENCE AT ROUTE 47 FOR THE DELLINATION OF PROEOERTY OF EQUIPMENT AND ADJECENT PROPERTY OWNER INSTALLED FOR PUBLIC SAFETY AS ADJACENT PROPERTY OWNER USES THE PARKING LOT FOR A FEEDER FOR PEOPLE WALKING TO CLOSE TO THE TRACKS

BILLABLE PERCENTAGE: 100%     100.00%
PROJECT MANAGER: CRAIG R CRISP

| PID: | WO: | MP, SUBDIV: | MP 45 GENEVA SUBDIVISION | |
|---|---|---|---|---|
| SERVICE UNIT: 23 | CITY: ELBURN | STATE: IL | SEG: | 8916 |
| T-DOCKET | | DOT # | | |

**DESCRIPTION:**

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | NON-UPRR COSTS | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING | | | 0 | 0 | 0 | 0 | 0 |
| FENCING | 900 | LF | 0 | 88,944 | 88,944 | 0 | 88,944 |
| FLAGGING | | | 15,600 | 200 | 15,800 | 0 | 15,800 |
| INVOICE ADDITIVE | | | 0 | 889 | 889 | 0 | 889 |
| LABOR ADDITIVE | | | 36,331 | 0 | 36,331 | 0 | 36,331 |
| **TOTAL ENGINEERING** | | | 51,931 | 90,033 | 141,964 | 0 | 141,964 |
| CONST/PURCHASE EXPENSE | | | 51,931 | 90,033 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | **141,964** | 0 | |
| ESTIMATED PROJECT COST | | | | | | | 141,964 |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

APPROVED [signature] 3/4/2022

## APPENDIX "B" - FIXED FACILITY AGREEMENT III - UP/CRD

| GRANT NUMBER: | IL-2021-050-02 | PROJECT ELEMENT NO: | LQ5529 | RAILROAD: | UP |
|---|---|---|---|---|---|

**PROJECT DESCRIPTION:** Rail Replacement

| ACTIVITY | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| F1LQ5529-12.24.03-004 | | | |
| Contract Purchases | $ - | $ 194,414 | $ 194,414 |
| F1LQ5529-12.24.03-006 | | | $ - |
| Contract Construction | $ - | $ 475,417 | $ 475,417 |
| TOTAL PROJECT: | $ - | $ 669,831 | $ 669,831 |

Note:
INSTALL RAIL INCLUDES UNLOADING AND INSTALLATION COST OF INSTALLING .35 TRACK MILES OF 136 # RAIL IN CWR
MP 9.46 - MP 9.81, KENOSHA SUBDIVISION

DATE: 2021-11-30

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

**DESCRIPTION OF WORK:**
INSTALL RAIL INCLUDES UNLOADING AND INSTALLATION COST OF INSTALLING .35 TRACK MILES OF 136 # RAIL IN CWR

**BILLABLE METRA PERCENTAGE:** 100%
**PROJECT MANAGER: C. ANDERSON**

PID: 116449 WO: 62068 MP, SUBDIV: MP 9.46 - MP 9.81, KENOSHA SUBDIVISION
SERVICE UNIT: 23 CITY: CHICAGO STATE: IL
**METRA PROJECT NO. 5429**

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING | | | 0 | 0 | 0 | 0 | 0 |
| FLAGGING | | MD | 10,000 | 0 | 10,000 | 0 | 10,000 |
| LABOR ADDITIVE | | | 18,394 | 0 | 18,394 | 0 | 18,394 |
| SALES TAX | | | 0 | 0 | 0 | 0 | 0 |
| PERSONAL EXPENSES | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** | | | 28,394 | 0 | 28,394 | 0 | 28,394 |
| **SIGNAL WORK** | | | | | | | |
| SIGNAL | | | 2,059 | 200 | 2,259 | 0 | 2,259 |
| PILOT CONDUCTOR | | | 0 | 0 | 0 | 0 | 0 |
| SALES TAX | | | 0 | 13 | 13 | 0 | 13 |
| LABOR ADDITIVE | | | 3,787 | 0 | 3,787 | 0 | 3,787 |
| **TOTAL SIGNAL** | | | 5,846 | 213 | 6,059 | 0 | 6,059 |
| **TRACK & SURFACE WORK** | | | | | | | |
| OTM | | | 52,788 | 96,595 | 149,383 | 0 | 149,383 |
| BRIDGE SUP/INSPECTION | | | 8,615 | 5 | 8,620 | 0 | 8,620 |
| ENVIRONMENTAL PERMITS | | | 0 | 250 | 250 | 0 | 250 |
| RAIL | 3,696 | LF | 17,232 | 82,659 | 99,891 | 0 | 99,891 |
| WELDER | | | 3,710 | 545 | 4,255 | 0 | 4,255 |
| WORK TRAIN | | | 57,948 | 0 | 57,948 | 0 | 57,948 |
| WORK TRAIN ADDITIVES | | | 109,110 | 0 | 109,110 | 0 | 109,110 |
| MATERIAL STORE EXPENSE | | | 0 | 8,975 | 8,975 | 0 | 8,975 |
| SALES TAX | | | 0 | 5,166 | 5,166 | 0 | 5,166 |
| INVOICE ADDITIVES | | | 0 | 5 | 5 | 0 | 5 |
| PERSONAL EXPENSES | | | 0 | 0 | 0 | 0 | 0 |
| LABOR ADDITIVE | | | 191,773 | 0 | 191,773 | 0 | 191,773 |
| **TOTAL TRACK & SURFACE** | | | 441,177 | 194,201 | 635,378 | 0 | 635,378 |
| CONST/PURCHASE EXPENSE | | | 475,417 | 194,414 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | 669,831 | 0 | |
| ESTIMATED PROJECT COST | | | | | | | 669,831 |
| **METRA PORTION** | | | | | **669,831** | | |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF
AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR
WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

APPENDIX "B" - FIXED FACILITY AGREEMENT III - UP/CRD

GRANT NUMBER: IL-2021-050-02  PROJECT ELEMENT NO: LQ5535  RAILROAD: UP

PROJECT DESCRIPTION: Crossings (Road & Track)

| ACTIVITY | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| F1LQ5535-12.24.03-004 | | | |
| Contract Purchases | $ - | $ 267,966 | $ 267,966 |
| F1LQ5535-12.24.03-006 | | $ | $ - |
| Contract Construction | $ - | $ 210,292 | $ 210,292 |
| TOTAL PROJECT: | $ - | $ 478,258 | $ 478,258 |

Note:
CROSSING REHAB AT ROGER WILLIAMS AVE, HIGHLAND PARK, IL, MP 21.56 ON THE KENOSHA SUB - $298,704.00
CROSSING REHAB AT NORTH HOUGH STREET, BARRINGTON, IL, MP 31.75 ON THE HARVARD SUBDIVISION - $179,554.00

DATE: 2022-02-16

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

**DESCRIPTION OF WORK:**
CROSSING REHAB AT ROGER WILLIAMS AVE, HIGHLAND PARK, IL, MP 21.56 ON THE KENOSHA SUB. REPLACING 136 TRACK FEET OF CROSSING. 2 TRACKS WITH SIGNAL WORK FOR NEW INSULATED JOINTS.

**BILLABLE METRA PERCENTAGE:** 100%
**PROJECT MANAGER: C. ANDERSON**

PID: 118855   WO: 61861   MP, SUBDIV:   MP 21.56, KENOSHA SUBDIVISION
SERVICE UNIT: 23   CITY: HIGHLAND PARK   STATE: IL
METRA PROJECT NO. 4734 & 5435

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING | | | 0 | 0 | 0 | 0 | 0 |
| FLAGGING | | MD | 0 | 0 | 0 | 0 | 0 |
| LABOR ADDITIVE | | | 0 | 0 | 0 | 0 | 0 |
| SALES TAX | | | 0 | 0 | 0 | 0 | 0 |
| PERSONAL EXPENSES | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** | | | 0 | 0 | 0 | 0 | 0 |
| **SIGNAL WORK** | | | | | | | |
| SIGNAL | | | 12,000 | 2,125 | 14,125 | 0 | 14,125 |
| PILOT CONDUCTOR | | | 0 | 0 | 0 | 0 | 0 |
| SALES TAX | | | 0 | 138 | 138 | 0 | 138 |
| LABOR ADDITIVE | | | 22,073 | 0 | 22,073 | 0 | 22,073 |
| **TOTAL SIGNAL** | | | 34,073 | 2,263 | 36,336 | 0 | 36,336 |
| **TRACK & SURFACE WORK** | | | | | | | |
| OTM | | | 5,240 | 3,343 | 8,583 | 0 | 8,583 |
| XTIES | 270 | TIES | 14,000 | 38,479 | 52,479 | 0 | 52,479 |
| ENVIRONMENTAL PERMITS | | | 0 | 250 | 250 | 0 | 250 |
| RAIL | 808 | LF | 10,000 | 14,464 | 24,464 | 0 | 24,464 |
| RD XING | 172 | TF | 6,180 | 33,016 | 39,196 | 0 | 39,196 |
| BALLAST | | | 0 | 0 | 0 | 0 | 0 |
| ASPHALT | | | 0 | 30,000 | 30,000 | 0 | 30,000 |
| CROSSING CLOSURE | | | 0 | 15,000 | 15,000 | 0 | 15,000 |
| TIE-PICKUP CONTRACT | | | 0 | 5,746 | 5,746 | 0 | 5,746 |
| DUMPSTERS & TOILETS | | | 0 | 2,500 | 2,500 | 0 | 2,500 |
| MATERIAL STORE EXPENSE | | | 0 | 4,478 | 4,478 | 0 | 4,478 |
| SALES TAX | | | 0 | 5,821 | 5,821 | 0 | 5,821 |
| INVOICE ADDITIVES | | | 0 | 532 | 532 | 0 | 532 |
| PERSONAL EXPENSES | | | 0 | 0 | 0 | 0 | 0 |
| LABOR ADDITIVE | | | 73,319 | 0 | 73,319 | 0 | 73,319 |
| **TOTAL TRACK & SURFACE** | | | 108,739 | 153,629 | 262,368 | 0 | 262,368 |
| CONST/PURCHASE EXPENSE | | | 142,812 | 155,892 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | 298,704 | 0 | |
| ESTIMATED PROJECT COST | | | | | | | 298,704 |
| **METRA PORTION** | | | | | 298,704 | | |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

DATE: 2022-02-16

# ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
# BY THE
# UNION PACIFIC RAILROAD

**DESCRIPTION OF WORK:**
CROSSING REHAB AT NORTH HOUGH STREET, BARRINGTON, IL, MP 31.75 ON THE HARVARD SUBDIVISION REPLACING 200 TRACK FEET OF CROSSING. 2 TRACKS WITH SIGNAL WORK FOR NEW INSULATED JOINTS.

**BILLABLE METRA PERCENTAGE:** 78.9%
**PROJECT MANAGER: C. ANDERSON**

PID: 118856  WO:           MP, SUBDIV:     MP 31.75, HARVARD SUBDIVISION
SERVICE UNIT: 23   CITY: BARRINGTON    STATE: IL
METRA PROJECT NO. 4734 & 5435

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING | | | 0 | 0 | 0 | 0 | 0 |
| FLAGGING | | | 0 | 0 | 0 | 0 | 0 |
| LABOR ADDITIVE | | | 0 | 0 | 0 | 0 | 0 |
| SALES TAX | | | 0 | 0 | 0 | 0 | 0 |
| PERSONAL EXPENSES | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** | | | 0 | 0 | 0 | 0 | 0 |
| **SIGNAL WORK** | | | | | | | |
| SIGNAL | | | 6,000 | 2,125 | 6,411 | 1,714 | 8,125 |
| PILOT CONDUCTOR | | | 0 | 0 | 0 | 0 | 0 |
| SALES TAX | | | 0 | 138 | 109 | 29 | 138 |
| LABOR ADDITIVE | | | 11,036 | 0 | 8,709 | 2,328 | 11,036 |
| **TOTAL SIGNAL** | | | 17,036 | 2,263 | 15,229 | 4,070 | 19,300 |
| **TRACK & SURFACE WORK** | | | | | | | |
| OTM | | | 5,200 | 13,000 | 14,362 | 3,838 | 18,200 |
| XTIES | 140 | TIES | 7,000 | 13,386 | 16,087 | 4,299 | 20,386 |
| SUPPLY FREIGHT | | | 0 | 9,000 | 7,102 | 1,898 | 9,000 |
| RAIL | 446 | LF | 4,000 | 7,863 | 9,361 | 2,502 | 11,863 |
| RD XING | 200 | TF | 6,100 | 38,620 | 35,289 | 9,431 | 44,720 |
| BALLAST | | | 0 | 0 | 0 | 0 | 0 |
| ASPHALT | | | 0 | 25,000 | 19,728 | 5,273 | 25,000 |
| CROSSING CLOSURE | | | 0 | 15,000 | 11,837 | 3,164 | 15,000 |
| TIE-PICKUP CONTRACT | | | 0 | 5,500 | 4,340 | 1,160 | 5,500 |
| DUMPSTERS & TOILETS | | | 0 | 2,500 | 1,973 | 527 | 2,500 |
| MATERIAL STORE EXPENSE | | | 0 | 4,093 | 3,230 | 863 | 4,093 |
| SALES TAX | | | 0 | 5,321 | 4,199 | 1,122 | 5,321 |
| INVOICE ADDITIVES | | | 0 | 480 | 379 | 101 | 480 |
| PERSONAL EXPENSES | | | 0 | 0 | 0 | 0 | 0 |
| LABOR ADDITIVE | | | 46,179 | 0 | 36,440 | 9,739 | 46,179 |
| **TOTAL TRACK & SURFACE** | | | 68,479 | 139,764 | 164,324 | 43,918 | 208,243 |
| CONST/PURCHASE EXPENSE | | | 85,515 | 142,027 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | 179,554 | 47,989 | |
| ESTIMATED PROJECT COST | | | | | | | 227,542 |
| **METRA PORTION** | | | **67,480** | **112,074** | **179,554** | | |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF
AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR
WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.