# EXHIBIT D



| | |
|---|---|
| Date: | March 17, 2022 |
| To: | Janice Thomas, Deputy Executive Director-External Affairs |
| From: | Jeffrey Morris, Director, Financial Analysis & Contracts Administration |
| Re: | Amendment 70 to Union Pacific Railroad Fixed Facility Agreement IV ("**FFA**") |

The attached amendment obligates funding for Metra's share of the following project(s):

- LQ4486- Peterson-Ridge New Station
- KS5481- Systemwide Station Improvements
- KS5494- Infrastructure Engineering

This amendment causes a net increase of $2,587,304 in obligated funding, as detailed on the appendices to this amendment.

The Executive Director may sign this document in accordance with CRB Ordinance No. MET 19-03, Revised Executive Authority Regulations, under Section 2.2.6 which authorizes the Executive Director to sign agreements with railroads or government agencies for crossings, joint facilities, fixed facilities, trackage rights, and purchases of service that are necessary to accommodate the operation, repair, renovation or construction of commuter facilities or related improvements in an amount exceeding the Simple Threshold ($250,000), provided that the Board has approved expenditure of the relevant funds through the annual operating or capital budget. Please call Habib Ismail at extension 6758 with any questions or comments.

LAW DEPT. APPROVAL AS TO FORM: _____

ENGINEERING DEPT. APPROVAL: _____

PROJECT DELIVERY OFFICE APPROVAL: _____

GRANT MGMT. AND ACCOUNTING APPROVAL: _Habib Ismail 3/25/2022_

UNION PACIFIC

Passenger Accounting

March 14, 2022

Mr. James Derwinski
Executive Director
Commuter Rail Division of the Regional Transportation Authority
547 West Jackson Boulevard
Chicago, Illinois 60661

RE: FFA IV Stations Amendment #70

Dear Mr. Derwinski:

This amendment to the Fixed Facility Agreement ("FFA") between Union Pacific Railroad Company ("UP") and the Commuter Rail Division of the Regional Transportation Authority ("Metra") sets forth our understanding of the funding and billing for the following Project(s). Funding for the following Project(s) is changing in accordance with the attached Appendix B, totaling a net $ 2,587,304.00:

      Project LQ4486 – Peterson-Ridge New Station

       Project KS5481 – Systemwide Station Improvements

      Project KS5494 – Infrastructure Engineering

     UP agrees that in performing work, if any, for the Project(s), UP will comply, in all material respects, with all applicable Federal, State and Local requirements and guidelines. These requirements and guidelines are attached. Any and all resulting newly bid and/or awarded subcontract work this year is subject to the prevailing wages of General Decision Number: IL20220009 01/14/2022 and General Decision Number:IL20220011 01/07/2022. Metra's obligation to pay UP's invoices shall be contingent on UP's material compliance with the attached requirements and guidelines and the FFA between UP and Metra. The flow down requirements reflected therein apply to contracts entered into solely for the Project after the date of this amendment. All procurement transactions shall be conducted in accordance with UP's government procurement practices and materials will be invoiced at UP's charge-out price at time of installation, plus additives.

     All improvements paid for by Metra under this Project (the "Improvements") shall remain in service and available to be used for commuter rail operations until the end of the useful life of the Improvements. UP shall maintain the Improvements in a good operating condition (normal wear and tear excepted) during their useful life per the terms of the Purchase of Service Agreement between the parties.

     UP and Metra acknowledge and agree that (i) the parties intend on negotiating a replacement of the FFA (the "New Agreement") and (ii) the New Agreement shall, from and after the execution thereof, apply to the Project retroactively.

[Signature to Follow on Next Page]

[Signature Page for AMENDMENT 70 - FIXED FACILITY AGREEMENT IV]

If the foregoing is acceptable to you, please sign this amendment and return a fully executed copy to the Contracts Department at Metra.

Very Truly Yours,

UNION PACIFIC RAILROAD COMPANY

By: *Liisa Stark*

    Name: Liisa Stark
    Title: Assistant Vice President, Public Affairs - Central Region

Agreed to this 29 day of March 2022,

THE COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY AND THE NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION

By: *Jim Derwinski by JM*

    Name: James Derwinski
    Title: Executive Director

DATE: 2020-08-19

**ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
BY THE
UNION PACIFIC RAILROAD**

DESCRIPTION OF WORK:
PETERSON RIDGE STATION WORK, BUILDING PLATFORMS.

BILLABLE METRA PERCENTAGE: 100%
PROJECT MANAGER: C. ANDERSON

PID: 115384  WO: 54297  MP, SUBDIV: MP 8.1 -MP 8.25, KENOSHA SUB
SERVICE UNIT: 23  CITY: CHICAGO  STATE: IL
METRA PROJECT NO. 4486

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| **STRUCTURES WORK** | | | | | | | |
| B&B PLATFORM WORK | | | 198,700 | 5,000 | 203,700 | 0 | 203,700 |
| SALES TAX | | | 0 | 325 | 325 | 0 | 325 |
| LABOR ADDITIVE | | | 411,468 | 0 | 411,468 | 0 | 411,468 |
| **TOTAL STRUCTURES** | | | 610,168 | 5,325 | 615,493 | 0 | 615,493 |
| | | | | | | | |
| CONST/PURCHASE EXPENSE | | | 610,168 | 5,325 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | 615,493 | 0 | |
| ESTIMATED PROJECT COST | | | | | | | 615,493 |
| **METRA PORTION** | | | | | **615,493** | | |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF
AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR
WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

DATE: 2020-08-19

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

DESCRIPTION OF WORK:
PETERSON RIDGE FLAGGING COSTS.

BILLABLE METRA PERCENTAGE: 100%
PROJECT MANAGER: C. ANDERSON

PID: 115384  WO: 54297  MP, SUBDIV: MP 8.1 -MP 8.25, KENOSHA SUB
SERVICE UNIT: 23    CITY: CHICAGO    STATE: IL
METRA PROJECT NO. 4486

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING |  |  | 5,000 | 0 | 5,000 | 0 | 5,000 |
| FLAGGING | 936 | MD | 438,984 | 0 | 438,984 | 0 | 438,984 |
| LABOR ADDITIVE |  |  | 919,401 | 0 | 919,401 | 0 | 919,401 |
| SALES TAX |  |  | 0 | 0 | 0 | 0 | 0 |
| PERSONAL EXPENSES |  |  | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** |  |  | 1,363,385 | 0 | 1,363,385 | 0 | 1,363,385 |

| | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|
| CONST/PURCHASE EXPENSE | 1,363,385 | 0 |  |  |  |
| RECOLLECTIBLE/UPRR EXPENSE |  |  | 1,363,385 | 0 |  |
| ESTIMATED PROJECT COST |  |  |  |  | 1,363,385 |
| **METRA PORTION** |  |  | 1,363,385 |  |  |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF
AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR
WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

APPENDIX "B" - FIXED FACILITY AGREEMENT IV - CRW/CRD - K2005

| GRANT NUMBER: | IDCEO-19-203213<br>IL-2021-050-02 | PROJECT ELEMENT NO: | KK4486<br>LQ4486 | RAILROAD: | UP |
|---|---|---|---|---|---|

PROJECT DESCRIPTION: Peterson- Ridge New Station

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---:|---:|---:|
| KK4486-12.33.02-006 Contract Construction | $ 500,000.00 | $ - | $ 500,000.00 |
| LQ4486-12.33.02-006 Contract Construction | $ - | $ 1,278,553.00 | $ 1,278,553.00 |
| LQ4486-12.33.02-004 Contract Purchases | $ - | $ 5,325.00 | $ 5,325.00 |
| TOTAL PROJECT | $ 500,000.00 | $ 1,283,878.00 | $ 1,783,878.00 |

Note: Phase funded for Peterson Ridge Station flagging Force Account Estimate for station construction.

DATE: 2022-02-11

# ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
# BY THE
# UNION PACIFIC RAILROAD

DESCRIPTION OF WORK:
ADDITIONAL FUNDING FOR REPLACING THE 200' OF THE NORTH PLATFORM AND THE ENTIRITY OF THE CENTER PLATFORM, SIGNAL TO INSTALL CONDUIT FOR SIGNAL/ELETRICAL WIRES, SHELTERS, AND PEDESTRIAN WALKWAYS. INSTALLING FENCE ON THE BACK OF THE EAST PLATFORM AND MINOR REPAIRS TO THE INNER TRACK FENCE.

BILLABLE METRA PERCENTAGE: 100%
PROJECT MANAGER: CRAIG CRISP

PID: U009922    WO: 60505  MP, SUBDIV:      MP 8.7 HARVARD SUBDIVISION
SERVICE UNIT: 23   CITY: CHICAGO    STATE: IL
METRA PROJECT NO.    5480

DESCRIPTION:

| ENGINEERING WORK | QTY | UNIT | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| ENGINEERING | | | 0 | 0 | 0 | 0 | 0 |
| FLAGGING | 208 | MAN DAYS | 55,700 | 0 | 55,700 | 0 | 55,700 |
| LABOR ADDITIVE | | | 129,224 | 0 | 129,224 | 0 | 129,224 |
| PERSONAL EXPENSES | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** | | | 184,924 | 0 | 184,924 | 0 | 184,924 |
| **SIGNAL WORK** | | | | | | | |
| SIGNAL | | | 64,000 | 18,000 | 82,000 | 0 | 82,000 |
| PILOT CONDUCTOR | | | 0 | 0 | 0 | 0 | 0 |
| SALES TAX | | | 0 | 1,170 | 1,170 | 0 | 1,170 |
| LABOR ADDITIVE | | | 117,722 | 0 | 117,722 | 0 | 117,722 |
| **TOTAL SIGNAL** | | | 181,722 | 19,170 | 200,892 | 0 | 200,892 |
| **STRUCTURES WORK** | | | | | | | |
| B&B WORK | 208 | GANG DAYS | 506,996 | 382,063 | 889,059 | 0 | 889,059 |
| SALES TAX | | | 0 | 24,834 | 24,834 | 0 | 24,834 |
| MSE ADDITIVE | | | 0 | 19,103 | 19,103 | 0 | 19,103 |
| LABOR ADDITIVE | | | 1,176,231 | 0 | 1,176,231 | 0 | 1,176,231 |
| **TOTAL TRACK** | | | 1,683,227 | 426,001 | 2,109,227 | 0 | 2,109,227 |
| | | | | | | | |
| CONST/PURCHASE EXPENSE | | | 2,049,872 | 445,171 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | 2,495,043 | 0 | |
| ESTIMATED PROJECT COST | | | | | | | 2,495,043 |
| **METRA PORTION** | | | **2,049,872** | **445,171** | | | **2,495,043** |

This revised FAE for platforms replacement at Jefferson Park UPNW includes add costs for complete demo of existing wind shelters and canopies because they conflict with ada lift deployment and not do not provide sufficient heating and lighting. It also includes material and install for +/- (6) new 5' x 10' prefab, 3-sided shelters, with lighting and on-demand overhead radiant heat. Metra to supply tactile, timbers, and hardware through a separate B&B managed contract. This is approved per discussion with Glen Peters and And Roth.

Ken M. Schultz
Project Manager
03-02-2022

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

APPENDIX "B" - FIXED FACILITY AGREEMENT IV - CRW/CRD - K2005

| GRANT NUMBER: | PROJECT ELEMENT NO: | RAILROAD: UP |
|---|---|---|
| IL-2020-050-02 | F1KS5481 | |

PROJECT DESCRIPTION: Systemwide Station Improvements

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| F1KS5481-12.34.02-004 Contract Purchases | $ - | $ 317,371 | $ 317,371 |
| F1KS5481-12.34.02-006 Contract Construction | $ - | $ 935,555 | $ 935,555 |
| | | $ - | |
| | $ - | $ 1,252,926 | $ 1,252,926 |

Note: Replacing Jefferson Park Station platforms total cost $2,495,043, balance under KR5480.

DATE: 2022-02-23

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

DESCRIPTION OF WORK:
DESIGN COSTS FOR WOODSTOCK AND KENILWORTH STATIONS
BILLABLE METRA PERCENTAGE: 100%

PID:              WO:              MP, SUBDIV:              MP
SERVICE UNIT: 23  CITY: CHICAGO    STATE: IL
METRA PROJECT NO. 5494

DESCRIPTION: DESIGN REVIEW COSTS FOR RECONSTRUCTION OF WOODSTOCK AND KENILWORTH STATIONS

| ENGINEERING WORK | QTY | UNIT | ENGINEERING | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|
| STATION DESIGN |   |   | 50,000 | 0 | 50,000 | 0 | 50,000 |
| INVOICE ADDITIVE |   |   | 500 | 0 | 500 | 0 | 500 |
| PERSONAL EXPENSES |   |   | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ENGINEERING** |   |   | 50,500 | 0 | 50,500 | 0 | 50,500 |
|   |   |   |   |   |   |   |   |
| **PROJECT TOTALS** |   |   | 50,500 | 0 |   |   | 50,500 |
| **METRA RECOLLECTABLE** |   |   |   |   | 50,500 | 0 |   |
| **UNION PACIFIC COSTS** |   |   |   |   |   |   |   |

**THE ABOVE FIGURES ARE ESTIMATE ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF
AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR
WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE**

APPROVED
[signature]
3/4/2022

APPENDIX "B" - FIXED FACILITY AGREEMENT IV - CRW/CRD - K2005

| GRANT NUMBER: | IL-2020-050-02 | PROJECT ELEMENT NO: | KS5494 | RAILROAD: | UP |
|---|---|---|---|---|---|

PROJECT DESCRIPTION: Infrastructure Engineering

| CRD PORTION 100% | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| F1KS5494-12.71.02-005 Contract Engineering | $ - | $ 50,500 | $ 50,500 |
| | $ - | $ 50,500 | $ 50,500 |

Note: DESIGN REVIEW COSTS FOR WOODSTOCK AND KENILWORTH STATIONS.