# EXHIBIT F



Passenger Accounting

August 20, 2024

Mr. James M. Derwinski
CEO/Executive Director
Commuter Rail Division of the Regional Transportation Authority
547 West Jackson Boulevard
Chicago, Illinois 60661

Re: Fixed Facility Agreement III Track – Amendment #147

Dear Mr. Derwinski:

This amendment to the Fixed Facility Agreement ("FFA") between Union Pacific Railroad Company ("UP") and the Commuter Rail Division of the Regional Transportation Authority ("Metra") sets forth our understanding of the funding and billing for the following Project(s). Funding for the following Project(s) is changing in accordance with the attached Appendix B, totaling a net increase of $ 14,912,076:

- Project JX5215 -- Ties and Ballast

- Project LY5616 -- Ties and Ballast

UP agrees that in performing work, if any, for the Project(s), UP will comply, in all material respects, with all applicable Federal, State and Local requirements and guidelines. These requirements and guidelines are attached. Any and all resulting newly bid and/or awarded subcontract work this year is subject to the prevailing wages of General Decision Number: IL20240009 01/06/2024 and IL20240011 01/06/2024. UP agrees that the Project Costs shall not exceed those set forth in the attached Appendix B, and UP shall not perform, and Metra shall not be obligated to pay for any additional Work performed by UP without the prior written approval of Metra. Metra's obligation to pay UP's invoices shall be contingent on UP's material compliance with the attached requirements and guidelines and the FFA between UP and Metra. The flow down requirements reflected therein apply to contracts entered into solely for the Project(s) after the date of this amendment. All procurement transactions shall be conducted in accordance with UP's government procurement practices and materials will be invoiced at UP's charge-out price at time of installation, plus additives.

[Signature to Follow on Next Page]

UNION PACIFIC RAILROAD  101 N. Wacker Drive Suite 1910  Chicago, IL 60606  fax (312) 777-2020

[Signature Page for AMENDMENT 147 - FIXED FACILITY AGREEMENT III]

All improvements paid for by Metra under the Project(s) (the "Improvements") shall remain in service and available to be used for commuter rail operations until the end of the useful life of the Improvements. Provided, however, notwithstanding the prior sentence, Metra acknowledges Metra's access onto UP's rail corridors to operate Metra's commuter service or any request by Metra that UP operate commuter rail service for Metra remains conditioned upon Metra first paying UP separate compensation for access to UP's rail corridors.

UP acknowledges that Metra's payment for the Improvements shall be factored into any such separate compensation for access to UP's rail corridors. UP shall maintain the Improvements in a good operating condition (normal wear and tear excepted) during their useful life, provided Metra must reimburse UP for its costs of maintenance per the terms of a Purchase of Service Agreement between UP and Metra or some other substitute agreement. UP must deliver the defined scope of replacing Ties on Harvard Subdivision (M.P.: 0.75 – 1.2, 1.2 – 2.57, and 2.57 – 7.64) and Kenosha Subdivision (M.P.: 2.57-19 and 8.5 – 30.3). UP has estimated the costs of the project and is responsible for managing the project to ensure the project achieves its objectives. The recollection from Metra for the 2024 Ties Project will be at UP's actual cost, regardless of the estimate of $14,912,076. If UP determines that UP's costs may exceed its estimate of $14,912,076, then UP shall notify Metra in writing one month in advance of exceeding the estimate of $14,912,076 of UP's updated estimate to complete the 2024 Ties Project and, unless Metra confirms for UP that Metra has obtained funding for the update estimated cost, UP may pause work on the project until Metra confirms for UP that Metra has obtained funding for the full, updated estimated cost. Metra will not be obligated to reimburse more than $14,912,076 for the 2024 Ties Project unless UP informs Metra in writing prior to exceeding its estimate and Metra expressly approves any such increased amount. Metra hereby acknowledges its agreement for UP to utilize the additives approved by Nebraska Department of Transportation and reflected on attachments C-1 and C-2 to this amendment.

If the foregoing is acceptable to you, please sign this amendment and return a fully executed copy to the Contracts Department at Metra.

Very Truly Yours,
UNION PACIFIC RAILROAD COMPANY

By: _____
Name: John W. Turner
Title: SR. VP Northern Region

Agreed to this 20 day of Aug, 2024

THE COMMUTER RAIL DIVISION OF THE REGIONAL
TRANSPORTATION AUTHORITY AND THE NORTHEAST
ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION

By: _____
Name: James. M. Derwinski
Title: CEO/Executive Director

APPENDIX "B" - FIXED FACILITY AGREEMENT III - UP/CRD

GRANT NUMBER: IL-2018-024-02    PROJECT ELEMENT NO: F1JX5215    RAILROAD: UP

PROJECT DESCRIPTION: ȈTIES AND BALLASTȎ

| CRD PORTION VARIOUS | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| F1JX5215-12.24.03-004 Contract Purchases | $ 50,570.00 | $ 7,378,986.00 | $ 7,429,556.00 |
| F1JX5215-12.24.03-006 Contract Construction | $ 1,041,175.00 | $ 5,810,320.00 | $ 6,851,495.00 |
| TOTAL PROJECT: | $ 1,091,745.00 | $ 13,189,306.00 | $ 14,281,051.00 |

NOTE: EXPENSES TO UNLOAD AND INSTALL XTIES AND SWTIES AT FOLLOWING LOCATIONS:
HARVARD SUB - MP 0.75 - 1.20 - $563,996
HARVARD SUB - MP 1.2 - 2.570 - $1,390,987
HARVARD SUB - MP 2.57 - 7.64 - $442,615
KENOSHA SUB - MP 2.57 - 19.00 - $1,453,775.98
KENOSHA SUB - MP 8.5 - 30.30 - $9,337,932.35

APPENDIX "B" - FIXED FACILITY AGREEMENT III - UP/CRD

| GRANT NUMBER: | IL-2022-032-02 | PROJECT ELEMENT NO: | F1LY5616 | RAILROAD: | UP |

PROJECT DESCRIPTION: TIES AND BALLAST

| CRD PORTION VARIOUS | CURRENT RAILROAD ACTIVITY | CHANGE | REVISED RAILROAD ACTIVITY |
|---|---|---|---|
| F1LY5616-12.24.03-004 Contract Purchases | $ 5,905,774.32 | $ 722,770.00 | $ 6,628,544.32 |
| F1LY5616-12.24.03-006 Contract Construction | $ 6,687,236.30 | $ 1,000,000.00 | $ 7,687,236.30 |
| TOTAL PROJECT: | $ 12,593,010.62 | $ 1,722,770.00 | $ 14,315,780.62 |

NOTE: EXPENSES TO UNLOAD AND INSTALL XTIES AND SWTIES AT FOLLOWING LOCATIONS:
KENOSHA SUB - MP 2.57 - 19.00 - $1,722,770

8/1/2024

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
### BY THE
### UNION PACIFIC RAILROAD

**DESCRIPTION OF WORK:**
UNLOAD & INSTALL 1177 XTIES

BILLABLE METRA PERCENTAGE TRACK : 100.00%
PROJECT MANAGER: C. CRISP

**PID:** 127377    **WO:** TBD    **MP:** 0.75-1.20    **SEGMENT:** 8900
**SERVICE UNIT:** 23    **CITY:** CHICAGO    **SUBDIVISION:** HARVA    **STATE:** IL

| | MAN DAYS | QTY | UNIT | GANG | CONST | PURCH | RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **SIGNAL WORK** | | | | | | | | | |
| SIGNAL | 20 | 20 | | 5 | 8,213.00 | 5.00 | 8,218.00 | - | 8,218.00 |
| SALES TAX | | | | | - | 0.33 | 0.33 | - | 0.33 |
| MSE ADDITIVE | | | | | - | 0.25 | 0.25 | - | 0.25 |
| LABOR PER DIEM | | | | | 2,960.00 | - | 2,960.00 | - | 2,960.00 |
| LABOR ADDITIVE | | | | | 17,483.83 | - | 17,483.83 | - | 17,483.83 |
| **TOTAL SIGNAL** | | | | | 28,656.83 | 5.58 | 28,662.41 | - | 28,662.41 |
| **TRACK & SURFACE WORK** | | | | | | | | | |
| OTM | 71 | 53 | | 2 | 28,201.00 | 8,938.00 | 37,139.00 | - | 37,139.00 |
| BALAST | 44 | 1944 | TN | 11 | 17,884.00 | 25,612.00 | 43,496.00 | - | 43,496.00 |
| XTIE | 104 | 1257 | EA | | 41,070.00 | 90,535.00 | 131,605.00 | - | 131,605.00 |
| BR SUPR | 5 | 5 | | 6 | 1,725.00 | 1.00 | 1,726.00 | - | 1,726.00 |
| WORKTRAIN | | | | | 4,517.00 | - | 4,517.00 | - | 4,517.00 |
| HOMELINE FREIGHT | | | | | 1,325.00 | - | 1,325.00 | - | 1,325.00 |
| TIE PICK UP-DISPOSAL | | | | | - | 11,182.00 | 11,182.00 | - | 11,182.00 |
| GENERAL CONTRACTOR | | | | | - | 4,896.00 | 4,896.00 | - | 4,896.00 |
| ENVIRONMENTAL PERMIT | | | | | - | 10.00 | 10.00 | - | 10.00 |
| EQUIPMENT TRUCKING | | | | | - | 10.00 | 10.00 | - | 10.00 |
| MOBILIZATION+NON AGREEMENT SUPPORT LABOR | | | | | 20.00 | - | 20.00 | - | 20.00 |
| TRACK SPVSR+FLAGGING | | | | | 20.00 | - | 20.00 | | 20.00 |
| SALES TAX | | | | | - | 8,130.59 | 8,130.59 | - | 8,130.59 |
| MATERIAL STORAGE EXPENSE | | | | | - | 6,254.30 | 6,254.30 | - | 6,254.30 |
| INVOICE ADDITIVE | | | | | - | 1,250.86 | 1,250.86 | - | 1,250.86 |
| WORKTRAIN ADDITIVE | | | | | 9,423.37 | - | 9,423.37 | - | 9,423.37 |
| HOMELINE FREIGHT ADDITIVE | | | | | 3,542.39 | - | 3,542.39 | - | 3,542.39 |
| LABOR PER DIEM | | | | | 33,058.00 | - | 33,058.00 | - | 33,058.00 |
| LABOR ADDITIVE | | | | | 237,727.62 | - | 237,727.62 | - | 237,727.62 |
| **TOTAL TRACK & SURFACE** | | | | | 378,513 | 156,820 | 535,333 | 0 | 535,333 |
| CONST/PURCHASE EXPENSE | | | | | 407,170 | 156,825 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | | | 563,996 | 0 | |
| **ESTIMATED PROJECT COST** | | | | | | | | | **563,996** |
| METRA PORTION | | | | | 407,170.21 | 156,825.33 | **563,996** | | |
| UPRR COSTS | | | | | | | | 0 | |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL

Approved 8.6.24
*Lisa Welling* (signature)

8/1/2024

ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
BY THE
UNION PACIFIC RAILROAD

**DESCRIPTION OF WORK:**
UNLOAD & INSTALL 6865 XTIES

BILLABLE METRA PERCENTAGE TRACK : 99.86%
PROJECT MANAGER: C. CRISP

PID: 128010  WO:  MP: 1.2-2.570  SEGMENT: 8901
SERVICE UNIT: 23  CITY: CHICAGO  SUBDIVISION: HARVARD  STATE: IL

| | MAN DAYS | QTY | UNIT | GANG | CONST | PURCH | RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **SIGNAL WORK** | | | | | | | | | |
| SIGNAL | 30 | 30 | | | 12,320.00 | 5.00 | 12,307.01 | 17.99 | 12,325.00 |
| SALES TAX | | | | | - | 0.33 | 0.32 | 0.00 | 0.33 |
| MSE ADDITIVE | | | | | - | 0.25 | 0.25 | 0.00 | 0.25 |
| LABOR PER DIEM | | | | | 4,440.00 | - | 4,433.52 | 6.48 | 4,440.00 |
| LABOR ADDITIVE | | | | | 26,226.82 | - | 26,188.52 | 38.29 | 26,226.82 |
| **TOTAL SIGNAL** | | | | | 42,986.82 | 5.58 | 42,929.62 | 62.77 | 42,992.39 |
| **TRACK & SURFACE WORK** | | | | | | | | | |
| BALAST | 66 | 2156 | TN | 11 | 26,826.00 | 28,173.00 | 54,922.72 | 76.28 | 54,999.00 |
| BRSUPR | 5 | 5 | | 6 | 1,725.00 | 1.00 | 1,723.61 | 2.39 | 1,726.00 |
| OTM | 92 | 69 | | 44 | 36,556.00 | 48,098.00 | 84,536.58 | 117.42 | 84,654.00 |
| XTIE | 203 | 7001 | EA | 42 | 69,854.00 | 528,056.00 | 597,080.70 | 829.30 | 597,910.00 |
| TRACK SPVSR+FLAGGING | | | | | 20.00 | - | 19.97 | | 19.97 |
| MOBILIZATION+NA SUPPORT LABOR | | | | | 20.00 | - | 19.97 | 0.03 | 20.00 |
| WORKTRAIN | | | | | 8,092.00 | | 8,080.78 | 11.22 | 8,092.00 |
| HOMELINE FREIGHT | | | | | 1,418.00 | | 1,416.03 | 1.97 | 1,418.00 |
| TIE PICK UP-DISPOSAL | | | | | - | 65,218.00 | 65,127.54 | 90.46 | 65,218.00 |
| GENERAL CONTRACTOR | | | | | - | 28,558.00 | 28,518.39 | 39.61 | 28,558.00 |
| ENVIRONMENTAL PERMIT | | | | | - | 10.00 | 9.99 | 0.01 | 10.00 |
| EQUIPMENT TRUCKING | | | | | - | 10.00 | 9.99 | 0.01 | 10.00 |
| SALES TAX | | | | | - | 39,281.32 | 39,226.84 | 54.48 | 39,281.32 |
| MATERIAL STORAGE EXPENSE | | | | | - | 30,216.40 | 30,174.49 | 41.91 | 30,216.40 |
| INVOICE ADDITIVE | | | | | - | 6,043.28 | 6,034.90 | 8.38 | 6,043.28 |
| HOMELINE FREIGHT ADDITIVE | | | | | 3,791.02 | - | 3,785.76 | 5.26 | 3,791.02 |
| WORKTRAIN ADDITIVE | | | | | 16,881.53 | - | 16,858.12 | 23.41 | 16,881.53 |
| LABOR PER DIEM | | | | | 50,156.00 | - | 50,086.43 | 69.57 | 50,156.00 |
| LABOR ADDITIVE | | | | | 360,925.17 | - | 360,424.57 | 500.60 | 360,925.17 |
| **TOTAL TRACK & SURFACE** | | | | | 576,265 | 773,665 | 1,348,057 | 1,872 | 1,349,930 |
| CONST/PURCHASE EXPENSE | | | | | 619,252 | 773,671 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | | | 1,390,987 | 1,935 | |
| ESTIMATED PROJECT COST | | | | | | | | | 1,392,922 |
| METRA PORTION | | | | | 618,392.64 | 772,597.49 | **1,390,987** | | |
| UPRR COSTS | | | | | | | | 1,935 | |

Approved 8.6.24
Lisa Welling *(signature)*

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

8/1/2024

## ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
## BY THE
## UNION PACIFIC RAILROAD

**DESCRIPTION OF WORK:**
UNLOAD & INSTALL 1112 XTIES

**BILLABLE METRA PERCENTAGE TRACK:** 99.63%
**PROJECT MANAGER:** C. CRISP

**PID:** 128014  **WO:**  **MP:** 2.57-7.64  **SEGMENT:** 8920
**SERVICE UNIT:** 23  **CITY:** CHICAGO  **SUBDIVISION:** HARVARD  **STATE:** IL

| | MAN DAYS | QTY | UNIT | GANG | CONST | PURCH | RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **SIGNAL WORK** | | | | | | | | | |
| SIGNAL | | | | | 6,160.00 | 5.00 | 6,140.85 | 24.15 | 6,165.00 |
| SALES TAX | | | | | - | 0.33 | 0.32 | 0.00 | 0.33 |
| MSE ADDITIVE | | | | | - | 0.25 | 0.25 | 0.00 | 0.25 |
| LABOR PER DIEM | | | | | 2,220.00 | - | 2,211.30 | 8.70 | 2,220.00 |
| LABOR ADDITIVE | | | | | 13,113.41 | - | 13,062.03 | 51.38 | 13,113.41 |
| **TOTAL SIGNAL** | | | | | 21,493.41 | 5.58 | 21,414.75 | 84.23 | 21,498.98 |
| **TRACK & SURFACE WORK** | | | | | | | | | |
| BALLAST | 33 | 1268 | TN | 11 | 13,415.00 | 16,648.00 | 29,952.28 | 110.72 | 30,063.00 |
| BRSUPR | 5 | 5 | | 6 | 1,725.00 | 1.00 | 1,719.64 | 6.36 | 1,726.00 |
| FENCE | 10 | 9 | | 6 | 3,445.00 | 263.00 | 3,694.34 | 13.66 | 3,708.00 |
| OTM | 29 | 22 | | 42 | 11,404.00 | 10,539.00 | 21,862.18 | 80.82 | 21,943.00 |
| XTIES | 97 | 1188 | EA | 42 | 38,496.00 | 85,535.00 | 123,574.19 | 456.81 | 124,031.00 |
| TRACK SPVSR+FLAGGING | | | | | 20.00 | - | - | 20.00 | 20.00 |
| MOBILIZATION+NA SUPPORT LABOR | | | | | 20.00 | - | - | 20.00 | 20.00 |
| WORK TRAIN | | | | | 4,928.00 | | 4,909.85 | 18.15 | 4,928.00 |
| HOME FREIGHT | | | | | 845.00 | | 841.89 | 3.11 | 845.00 |
| TIE PICK UP-DISPOSAL | | | | | - | 10,564.00 | - | 10,564.00 | 10,564.00 |
| GENERAL CONTRACTOR | | | | | - | 4,626.00 | - | 4,626.00 | 4,626.00 |
| ENVIRONMENTAL PERMIT | | | | | - | 10.00 | - | 10.00 | 10.00 |
| EQUIPMENT TRUCKING | | | | | - | 10.00 | - | 10.00 | 10.00 |
| SALES TAX | | | | | - | 7,344.09 | 7,317.04 | 27.05 | 7,344.09 |
| MATERIAL STORAGE EXPENSE | | | | | - | 5,649.30 | 5,628.49 | 20.81 | 5,649.30 |
| INVOICE ADDITIVE | | | | | - | 1,129.86 | 1,125.70 | 4.16 | 1,129.86 |
| WORKTRAIN ADDITIVE | | | | | 10,280.79 | - | 10,242.93 | 37.86 | 10,280.79 |
| HOME FREIGHT ADDITIVE | | | | | 2,259.11 | | 2,250.79 | 8.32 | 2,259.11 |
| LABOR PER DIEM | | | | | 25,649.00 | - | 25,554.53 | 94.47 | 25,649.00 |
| LABOR ADDITIVE | | | | | 183,201.59 | - | 182,526.86 | 674.73 | 183,201.59 |
| **TOTAL TRACK & SURFACE** | | | | | 295,688 | 142,319 | 421,201 | 16,807 | 438,008 |
| CONST/PURCHASE EXPENSE | | | | | 317,182 | 142,325 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | | | 442,615 | 16,891 | |
| ESTIMATED PROJECT COST | | | | | | | | | 459,507 |
| METRA PORTION | | | | | 316,014 | 141,801 | **442,615** | | |
| UPRR COSTS | | | | | | | | 16,891 | |

*Approved 8.6.24* (signature)

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

8/1/2024

ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK
BY THE
UNION PACIFIC RAILROAD

**DESCRIPTION OF WORK:**
WE ARE INSTALLING TIES AT NIGHT FROM MIILEPOST 8.5 TO 30.3. FROM 2000 HOURS TO 0430. IF THERE ARE FLUCTUATIONS TO THE WORK WINDOWS THE COST FOR THIS PROJECT WILL INCREASE SIGNIFICANTLY. IF THERE ARE MEETS INSIDE OF THE CP'S THAT WE ARE WORKING IN. IT WILL CAUSE AN INCREASE IN COST AND FOR THE PROJECT TO SHUT DOWN UNTIL THAT IS ALLEVIATED. ANY COMBINATION OF THESE THINGS WILL INCREASE THE COST OF THIS PROJECT. WHICH WILL INCREASE THE COST OF PER DIEM AND

**KENOSHA SUB 2022 XTIE PROJECT:** 8.500 - 30.300

**BILLABLE METRA PERCENTAGE TRACK :** 100.00%
**PROJECT MANAGER:** C. CRISP

**PID:** 103320  **WO:**  **SUB:** KENOSHA  **MP** 8.500-30.300  **SEGMENT:** 8902
**SERVICE UNIT:** 23  **CITY:** CHICAGO  **STATE:** WI

| | MAN DAYS | QTY | GANG | CONST | PURCH | METRA RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **TOTAL ENGINEERING SIGNAL WORK** | | | | | | | | |
| SIGNAL | 175 | 175 | 5 | 58,780.00 | 5.00 | 58,785.00 | - | 58,785.00 |
| SALES TAX | | | | | 0.33 | 0.33 | | 0.33 |
| MSE ADDITIVE | | | | | 0.25 | 0.25 | | 0.25 |
| LABOR ADDITIVE | | | | 125,130.86 | - | 125,130.86 | - | 125,130.86 |
| LABOR PER DIEM | | | | 26,250.00 | | 26,250.00 | - | 26,250.00 |
| **TOTAL SIGNAL** | | | | 210,160.86 | 5.58 | 210,166.44 | - | 210,166.44 |
| **TRACK & SURFACE WORK** | | | | | | | | |
| BALLAST | 245 | 17,725 | 7 | 88,020 | 194,902 | 282,922 | - | 282,922 |
| WORK TRAIN | | | | 218,482 | - | 218,482 | | 218,482 |
| SWTIE | 1 | 11 | 48 | 183 | 855 | 1,038 | - | 1,038 |
| XTIES | 1,106 | 42,114 | | 388,810 | 3,170,873 | 3,559,683 | - | 3,559,683 |
| WORK TRAIN GANG+EQUIP MOVES | | | | 87,000 | - | 87,000 | | 87,000 |
| OTM | 354 | 285 | 48 | 124,617 | 157,644 | 282,261 | - | 282,261 |
| FENCE | 199 | 179 | 4 | 62,570 | 2,993 | 65,563 | - | 65,563 |
| RAIL | 3 | 4 | 48 | 1,146 | 6 | 1,152 | - | 1,152 |
| BRSUPR | 1 | | 4 | 445 | 22 | 467 | - | 467 |
| HOMELINE FREIGHT | | | | 13,514 | | 13,514 | | 13,514 |
| TRK SPVSR+NON AGRMNT+HF | | | | 20 | - | 20 | | 20 |
| CONTRAC-BRIDGE NETTING | | | | | 20,000 | 20,000 | - | 20,000 |
| ENVIRONMENTAL PERMIT | | | | - | 10 | 10 | - | 10 |
| EQUIPMENT TRUCKING | | | | - | 28,000 | 28,000 | - | 28,000 |
| PERSONAL EXPENSES | | | | | 85,000 | 85,000 | | 85,000 |
| ROAD CROSSING CLOSURE | | | | | 884,000 | 884,000 | | 884,000 |
| SECURITY | | | | - | 85,000 | 85,000 | - | 85,000 |
| TIE PICKUP AND DISPOSAL | | | | - | 310,358 | 310,358 | - | 310,358 |
| DUMPSTERS & TOILETS | | | | - | 30,600 | 30,600 | | 30,600 |
| SALES TAX | | | | - | 229,274 | 229,274 | - | 229,274 |
| MATERIAL STORE EXPENSES | | | | - | 176,365 | 176,365 | | 176,365 |
| INVOICE ADDITIVE | | | | - | 35,273 | 35,273 | | 35,273 |
| HOMELINE FREIGHT ADDITIVE | | | | - | - | - | - | - |
| WORK TRAIN ADDITIVES | | | | 455,797 | - | 455,797 | | 455,797 |
| LABOR PER DIEM | | | | 227,217 | - | 227,217 | | 227,217 |
| LABOR ADDITIVE | | | | 2,048,770 | - | 2,048,770 | - | 2,048,770 |
| **TOTAL TRACK & SURFACE** | | | | 3,716,591 | 5,411,175 | 9,127,766 | - | 9,127,766 |
| CONST/PURCHASE EXPENSE | | | | 3,926,751.90 | 5,411,180.45 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | | 9,337,932.35 | - | |
| ESTIMATED PROJECT COST | | | | | | | | 9,337,932.35 |
| METRA PORTION | | | | 3,926,751.90 | 5,411,180.45 | **9,337,932.35** | | |
| UPRR COSTS | | | | | | | - | |

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT EFFECTIVE RATE.

*Approved 8.6.24*
*[signature] Jesse Melling*

8/1/2024

**ESTIMATE OF MATERIAL AND FORCE ACCOUNT WORK**
**BY THE**
**UNION PACIFIC RAILROAD**

**DESCRIPTION OF WORK:**
UNLOAD & INSTALL XTIES & SWTIES

BILLABLE METRA PERCENTAGE TRACK :   100.00%
PROJECT MANAGER: C. CRISP

| PID: 126785 | WO: 68990 | MP: 2.57-19 | | SEGMENT: | 8902 |
| SERVICE UNIT: 23 | CITY: CHICAGO | SUBDIVISION: KENOSHA | STATE: IL | | |

| | MAN DAYS | #GANG | QTY | UNIT | CONST | PURCH | RECOLL | UPRR | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **SIGNAL WORK** | | | | | | | | | |
| SIGNAL | 63 | 5 | 62 | | 25,658.00 | 5.00 | 25,663.00 | - | 25,663.00 |
| SALES TAX | | | | | - | 0.33 | 0.33 | - | 0.33 |
| MSE ADDITIVE | | | | | - | 0.25 | 0.25 | - | 0.25 |
| LABOR PER DIEM | | | | | 9,247.00 | - | 9,247.00 | - | 9,247.00 |
| LABOR ADDITIVE | | | | | 54,620.75 | - | 54,620.75 | - | 54,620.75 |
| **TOTAL SIGNAL** | | | | | 89,525.75 | 5.58 | 89,531.33 | - | 89,531.33 |
| **TRACK & SURFACE WORK** | | | | | | | | | |
| BALLAST | 138 | 11 | 6,313 | TN | 55,874.00 | 83,239.00 | 139,113.00 | - | 139,113.00 |
| BRSUPR | 3 | 4 | 3 | | 1,151.00 | 1.00 | 1,152.00 | - | 1,152.00 |
| FENCE | 32 | 4 | 29 | LF | 11,496.00 | 2,629.00 | 14,125.00 | - | 14,125.00 |
| OTM | 219 | 46 | 168 | | 87,014.00 | 119,200.00 | 206,214.00 | - | 206,214.00 |
| RAIL | 3 | 4 | 4 | LF | 1,284.00 | 13.00 | 1,297.00 | - | 1,297.00 |
| SWTIES | 8 | 42 | 126 | EA | 3,272.00 | 10,896.00 | 14,168.00 | - | 14,168.00 |
| XTIES | 301 | | 16,866 | EA | 119,172.00 | 1,279,872.00 | 1,399,044.00 | - | 1,399,044.00 |
| TIE PICK UP-DISPOSAL | | | | | - | 159,211.00 | 159,211.00 | - | 159,211.00 |
| GENERAL CONTRACTOR | | | | | - | 69,717.00 | 69,717.00 | - | 69,717.00 |
| ENVIRONMENTAL PERMIT | | | | | - | 10.00 | 10.00 | - | 10.00 |
| EQUIPMENT TRUCKING | | | | | - | 10.00 | 10.00 | - | 10.00 |
| TRACK SPVSR+FLAGGING | | | | | 20.00 | - | 20.00 | - | 20.00 |
| NON AGREEMENT SUPPORT+MOBILIZATION | | | | | 20.00 | - | 20.00 | - | 20.00 |
| WORKTRAIN | | | | | 9,397.00 | - | 9,397.00 | - | 9,397.00 |
| HOMELINE FREIGHT | | | | | 4,353.00 | - | 4,353.00 | - | 4,353.00 |
| SALES TAX | | | | | - | 97,230.25 | 97,230.25 | - | 97,230.25 |
| MATERIAL STORAGE EXPENSE | | | | | - | 74,792.50 | 74,792.50 | - | 74,792.50 |
| INVOICE ADDITIVE | | | | | - | 14,958.50 | 14,958.50 | - | 14,958.50 |
| HOMELINE FREIGHT ADDITIVE | | | | | 11,637.75 | - | 11,637.75 | - | 11,637.75 |
| WORKTRAIN ADDITIVE | | | | | 19,604.02 | - | 19,604.02 | - | 19,604.02 |
| LABOR PER DIEM | | | | | 104,224.00 | - | 104,224.00 | - | 104,224.00 |
| LABOR ADDITIVE | | | | | 746,716.57 | - | 746,716.57 | - | 746,716.57 |
| **TOTAL TRACK & SURFACE** | | | | | 1,175,235 | 1,911,779 | 3,087,015 | 0 | 3,087,015 |
| CONST/PURCHASE EXPENSE | | | | | 1,264,761 | 1,911,785 | | | |
| RECOLLECTIBLE/UPRR EXPENSE | | | | | | | 3,176,546 | 0 | |
| ESTIMATED PROJECT COST | | | | | | | | | 3,176,546 |
| METRA PORTION | | | | | 1,264,761 | 1,911,785 | **3,176,546** | | |
| UPRR COSTS | | | | | | | | 0 | |

Approved 8.6.24
Lisa Melberg *(signature)*

THE ABOVE FIGURES ARE ESTIMATES ONLY AND SUBJECT TO FLUCTUATION. IN THE EVENT OF AN INCREASE OR DECREASE IN THE
COST OR QUANTITY OF MATERIAL OR LABOR REQUIRED, UPRR WILL BILL FOR ACTUAL CONSTRUCTION COSTS AT THE CURRENT