# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Commuter Rail Division of the Regional
Transportation Authority

                        Plaintiff,

v.                                      Case No.: 1:25−cv−02439

                                      Honorable John J. Tharp Jr.

Union Pacific Railroad Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:In view of the plaintiff's amended complaint [37], the defendant's motion to dismiss [33] is denied as moot. The deadline for the defendant to answer or otherwise respond to the amended complaint is 6/10/25. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.