# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Commuter Rail Division of the Regional Transportation Authority

Plaintiff,

v.

Case No.: 1:25−cv−02439

Honorable John J. Tharp Jr.

Union Pacific Railroad Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. For the reasons discussed on the record, proceedings in this matter are held in abeyance pending further order. The parties are directed to file a further joint status report by 9/8/25, in advance of a telephone status hearing to be held on 9/11/25 at 9:00 a.m. by telephone. If the STB issues a ruling prior to the next status hearing, Plaintiff is directed to so advise the Court. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.