UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra,<br><br>                                   Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Company,<br><br>                                   Defendant. | C.A. No. 25-cv-2439 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Metra notices dismissal of this action without prejudice. Voluntary dismissal without a court order is proper under Rule 41(a)(1)(A)(i), as Defendant Union Pacific Railroad Company has "serve[d] [n]either an answer or a motion for summary judgment" in this action. Metra's notice of voluntary dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 8, 2025

Respectfully submitted,

*/s/ Paul W. Hughes*

| | |
|---|---|
| Matthew Madden<br>Stephen Wu<br>MCDERMOTT WILL & SCHULTE LLP<br>444 West Lake Street<br>Chicago, IL 60606-0029<br>(312) 984-3273<br>mmadden@mwe.com | Paul W. Hughes (*pro hac vice*)<br>Mary H. Schnoor (*pro hac vice*)<br>Emmett Witkovsky-Eldred (*pro hac vice*)<br>MCDERMOTT WILL & SCHULTE LLP<br>500 North Capitol Street NW<br>Washington, DC 20001<br>(202) 756-8000<br>phughes@mwe.com<br><br>*Counsel for Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra* |